Janice MORVANT; Marcus P. Morvant, Plaintiffs-Appellants

v.

UNITED STATES of America, Defendant-Appellee

No. 17-30147
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed July 17, 2017

Rick A. Caballero, Esq., Caballero & Adams, Baton Rouge, LA, for Plaintiffs-Appellants

Andolyn Reeves Johnson, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Defendant-Appellee

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for the reasons given in the magistrate judge's report. The Plaintiff failed to file a claim within two years given notice of an incident and a claim for money damages in a sum certain. This requirement has been repeated by this court several times. Despite Plaintiff's contention here, the regulation repeats the same requirement. The argument that the "sum certain" was not known within two years does not satisfy the legal requirement.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

